■ In the Matter of ALBERT E. McFERRAN, Appellant, v HAROLD N. LANGLITZ, as Executive Director of the New York State Teachers' Retirement System, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Connor, J.), entered August 25, 1983 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel the New York State Teachers' Retirement System to grant petitioner retirement benefits and pension rights. ¶ Judgment affirmed, with costs, upon the opinion of Justice John G. Connor at Special Term. Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ KINGSTON HEALTH CARE HOLDING, INC., Appellant, v 12 HEDDA CONSTRUCTION CORPORATION et al., Respondents, et al., Defendants. (And Two Related Actions.) — Appeals from three orders of the Supreme Court at Special Term (Hughes, J.), entered February 29, 1984 in Ulster County, which granted motions by defendants 12 Hedda Construction Corporation and Lewis A. Goldman to dismiss the complaints. ¶ Orders affirmed, with costs, upon the opinion of Justice Harold J. Hughes at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.